1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DENNIS SANDELL OTT,

12            Petitioner,          Civ. S-99-0946 DFL GGH P

13       v.                              O R D E R

14   ANTHONY NEWLAND, Warden,

15            Respondent.

16   _____/

17       Petitioner's application for a writ of habeas corpus under

18   28 U.S.C. § 2254 was denied on February 4, 2004.  The court

19   denied his request for a certificate of appealability on June 14,

20   2004.  On July 22, 2004, the Ninth Circuit Court of Appeals also

21   denied his request for a certificate of appealability.

22       Petitioner filed a motion for relief from judgment under

23   Fed.R.Civ.P. 60(b) on January 25, 2005, which the court denied on

24   March 22, 2005.  Petitioner now brings a request for a

25   certificate of appealability to appeal the denial of his Rule

26   60(b) motion.

1    Under 28 U.S.C. § 2253, a certificate of appealability is

2  warranted only if the case presents a "substantial question,"

3  i.e., one that is "'debatable among jurists of reason,'" could be

4  resolved differently by a different court, or is "'adequate to

5  deserve encouragement to proceed further.'" Jennings v. Woodford,

6  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle,

7  463 U.S. 880, 893 (1983)).

8    This case presents no such "substantial question" and the

9  April 19, 2005 motion for certificate of appealability is DENIED.

10    IT IS SO ORDERED.

11  Dated: 6/30/2005

12

13

14  _____

    DAVID F. LEVI

15  United States District Judge

16

17

18

19

20

21

22

23

24

25

26

                              2